IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

ALBERT BANKS, JR. §

VS. § CIVIL ACTION NO. 1:20cv4

CHRISTOPHER L. NORSWORTHY, ET AL.§

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Albert Banks, Jr., an inmate at the Bridgeport Correctional Center, proceeding *pro se*, brought this civil rights suit pursuant to 42 U.S.C. § 1983.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends this action be dismissed without prejudice.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence.  A copy of the report and recommendation was mailed to plaintiff at the address provided to the court.  The copy of the report sent to plaintiff was returned to the court with the notation that plaintiff has been released.  No objections to the Report and Recommendation of United States Magistrate Judge have been filed.

O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report and recommendation of the magistrate judge is **ADOPTED**.  A separate

final judgment will be entered in this case in accordance with the magistrate judge's recommendations.

**SIGNED this 25th day of June, 2020.**

_Michael J. Truncale_

Michael J. Truncale
United States District Judge